[No. 6668–1–III.  Division Three.  March 4, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY B., *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 84–8–50033–1, Robert S. Day, J., entered July 18, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 6672–6–II.  Division Two.  March 7, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LOIS M. ZITNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82–1–00135–8, Terence Hanley, J., entered October 27, 1982. *Reversed* and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 14142–2–I.  Division One.  March 10, 1986.]

FARMERS INSURANCE COMPANY OF WASHINGTON, *Appellant,* v. DAISYWAGEN MOTORS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–12878–1, Lee Kraft, J., entered November 23, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse and Webster, JJ.